NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SAMUEL L. HANKINS,**
*Petitioner,*

v.

**DEPARTMENT OF THE NAVY,**
*Respondent.*

---

2010-3125

---

Petition for review of the Merit Systems Protection Board in case no. DC0752090754-I-1.

---

## ON MOTION

---

## ORDER

Samuel L. Hankins moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is denied. The docketing fee must be paid within 14 days from the date of filing of this order.

(2) Hankins' informal brief (form enclosed) is due within 21 days of the date of filing of this order.

FOR THE COURT

JUN 1 5 2010
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Samuel L. Hankins (informal brief form enclosed)
Jeffrey A. Regner, Esq.

s20

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

JUN 1 5 2010

**JAN HORBALY**
**CLERK**